**State of Vermont**
**Superior Court—Environmental Division**

========================================================================
**E N T R Y   R E G A R D I N G   M O T I O N**
========================================================================

**In re Stowe Highlands Lot Merger & Subdivision Application,**      **Docket No. 35-3-11 Vtec**
  (On-The-Record appeal from Town of Stowe DRB lot merger and subdivision determinations)

Title: Motion to Seal records submitted for "in camera" review (Filing No. 4)

Filed: July 25, 2011

Filed By: Amanda Lafferty, Attorney for the Town of Stowe

Response in Opposition filed on 8/1/11 by Harold B. Stevens, Attorney for
Appellant/Applicants
  232511 Investments, Ltd.


_X_ Granted                    ___ Denied                    ___ Other


         For all the same reasons detailed in the accompanying Entry Order addressing the
objection to the record proffered by the Town of Stowe ("Town"), which objection was filed on
behalf of Appellant/Applicant 232511 Investments, Ltd. ("Applicant"), the Court concludes that
the documents submitted by the Town for an in camera review constitute confidential
communications from the Town's legal counsel concerning the legal proceedings of Applicant's
past and current applications for permit amendments for the development known as Stowe
Highlands.  The communications are privileged communications from an attorney to her client
and may be protected from court discovery procedures, pursuant to V.R.C.P. 26 and 1 V.S.A.
§ 317(c)(4).   We therefore **GRANT** the Town's request and have sealed the requested
documents, so as to prohibit them from being disclosed as a public record.



_____                    ____September 9 2011_____
       Thomas S. Durkin, Judge                                      Date
========================================================================
Date copies sent to: _____                            Clerk's Initials _____
Copies sent to:
  Harold B. Stevens, Attorney  for Appellant 232511 Investments, Ltd.
  Amanda Lafferty and Joseph S. McLean, Attorneys for the Town of Stowe
  Interested Person Leighton C. Detora Esq.